IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:22CR203 |
| Plaintiff | * | |
| -vs- | * | JUDGE JOHN R. ADAMS |
| ANTOINE WILLIAMS | * | NOTICE OF APPEAL |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Antoine Williams, by and through undersigned counsel and hereby gives his Notice of Appeal to the United States Court of Appeals, Sixth Circuit Court, from the Judgment and Sentence as entered on December 13, 2023 (Doc. 83), all before Judge John R. Adams. Undersigned counsel files this notice for the sole purpose of perfecting the appeal of this case. Counsel requests that appellate counsel be appointed for appeal purposes.

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO., L.P.A.
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on December 13, 2023, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY
Attorney for Defendant